# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES DEPARTMENT OF LABOR,**

      **Plaintiff,**

      v.

**CONFIDENTIAL SERVICES, INC., et al.,**

      **Defendants.**

**Civil Action 2:15-cv-2648**
**Judge Michael H. Watson**
**Magistrate Judge Jolson**

## ORDER

The parties have informed the Court that they have reached a settlement agreement in principle and have noted that they anticipate filing the consent judgment and order in this case by approximately March 26, 2018.  The Court will hold a telephonic status conference on March 28, 2018 at 11:00 a.m., unless the consent judgment and order are filed prior to that time.

IT IS SO ORDERED.


Date:  March 5, 2018

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE